ARLYNE BUSH *v.* QUALITY BAKERS OF AMERICA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 2 Conn. App. 363, is denied.

*Douglas L. Drayton,* in support of the petition.

*Gerard S. Spiegel,* in opposition.

Decided September 26, 1984

MAURICE FILIPETTI *v.* NELLIE FILIPETTI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 2 Conn. App. 456, is denied.

*William J. Sweeney, Jr.,* in support of the petition.

*Thomas B. Griglun,* in opposition.

Decided September 26, 1984

JOHN M. FLYNN ET AL. *v.* TOWN OF NEWINGTON

BOARD OF EDUCATION OF THE TOWN OF NEWINGTON *v.* NEWINGTON TEACHERS' ASSOCIATION

The petition of the Board of Education of the town of Newington for certification for appeal from the Appellate Court, 2 Conn. App. 230, is denied.

*Sidney L. Rosenblatt,* in support of the petition.

*Vincent F. Sabatini,* in opposition.

*Ronald Cordilico,* in opposition.

Decided September 26, 1984